ORIGINAL

FILED

02/18/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 25-0084

# IN THE SUPREME COURT OF THE STATE OF MONTANA

OP 25-0084

BOWAN DARNELL PETERS,

Petitioner,

v.

CASCADE COUNTY JUSTICE COURT,
HONORABLE ERIC BAILEY, Presiding,

Respondent.

O R D E R

FILED

FEB 1 8 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

On January 29, 2025, Petitioner Bowan Darnell Peters, via counsel, sought a writ of supervisory control over the Cascade County Justice Court, in its Cause No. TK-2024-1887. He alleged the Justice Court erred by denying his motion to dismiss that case for a statutory speedy trial violation.

On February 11, 2025, we denied Peters' petition, without prejudice, because he had failed to comply with M. R. App. P. 14(5)(iv) by not supplying necessary documents as exhibits to his petition.

Peters has now petitioned for rehearing of our Order dismissing his petition for writ. Under M. R. App. P. 20, this Court seldom grants petitions for rehearing, and will do so only upon grounds set forth in M. R. App. P. 20(1). Under Rule 20(1)(a), this Court will consider a petition for rehearing only if: (i) it overlooked some fact material to the decision; (ii) it overlooked some question presented by counsel that would have proven decisive to the case; or (iii) its decision conflicts with a statute or controlling decision not addressed by the Court. Pertinent to the matter before us, Rule 20(1)(d) further provides, "Absent clearly demonstrated exceptional circumstances, the supreme court will not grant petitions for rehearing of its orders disposing of . . . petitions for extraordinary writs."

In this instance, Peters offers no argument as to why we should reconsider our dismissal of his petition and makes no discernable attempt to comply with M. R. App. P. 20(1). He simply reiterates the arguments he made in his initial petition as to why he believes we should exercise supervisory control over the Justice Court. Peters has not demonstrated exceptional circumstances that would entitle him to rehearing.

IT IS THEREFORE ORDERED that the petition for rehearing is DENIED.

The Clerk is directed to provide immediate notice of this Order to counsel for Petitioner, all counsel of record in the Cascade County Justice Court Case No. TK-2024-1887, and the Honorable Eric Bailey, presiding.

DATED this 18 day of February, 2025.

_____
Chief Justice

_____

_____

_____

_____
Justices

2